**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-509**

---

In Re: MITCHELL ALFONSO KEY,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-93-1009-3-17AJ)

---

Submitted:  June 20, 1996                    Decided:  June 28, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Mitchell Alfonso Key, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioner filed this petition for writ of mandamus seeking to have this court direct the district court to comply with this court's instructions to conduct a de novo review of Petitioner's objections to the magistrate judge's report and recommendation in Petitioner's 42 U.S.C. § 1983 (1988) action. In October 1995, the district court has entered an order in compliance with this court's order of remand. Accordingly, while we grant leave to proceed in forma pauperis, we deny this mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2